UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY <br> IN AMERICA <br> 1802 Vernon Street NW <br> PMB 2095 <br> Washington, D.C. 20009, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Department of the Air Force <br> 1670 Air Force Pentagon <br> Washington, D.C. 20330-1670, <br><br> Defendant. | Civil Case No. 1:25-cv-611 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the United States Air Force ("USAF") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel USAF's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy civil rights, and civil liberties; and privacy.

5. Defendant USAF is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). USAF has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

### USAF Request No. 2024-00020-F (DEI clustering)

6. On October 2, 2023, CASA submitted a FOIA request to USAF regarding the 19th Air Force alleged command to "cluster" racial minorities and female trainees into one class to improve graduation rates (attached as Exhibit A).

7. The USAF acknowledged the request the same day, assigned the request #2024-04600-F, and updated the status to "Received" (attached as Exhibit B).

8. On October 24, 2023, USAF asked CASA to narrow its request and placed the request "ON HOLD" pending response from CASA (attached as Exhibit C).

9. On October 31, 2023, CASA sought clarification (Exhibit C).

10. On November 6, 2023, USAF recommended reducing the number of search terms from 56 to 10 and reducing the number of media organizations from 40 to 25 (attached as Exhibit D). CASA declined.

11. Over the last 18 months, USAF has sent CASA numerous emails stating that they need an extension of time to complete the request. In these various emails USAF has provided estimated completion timelines of December 21, 2023; February 14, 2024; October 28, 2024; November 25, 2024; December 23, 2024; and January 17, 2025.

12. USAF has still not made any determinations about CASA's FOIA request despite over 518 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013).  USAF has not produced responsive documents to CASA, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed CASA of its ability to appeal any adverse portion of its determinations.

13. USAF has thus violated its FOIA obligations.

14. Because USAF has failed to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

24. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

25. CASA's USAF request was a properly submitted request for records within the possession, custody, and control of USAF.

26. USAF is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

27. USAF is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

28. USAF's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring USAF to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff CASA respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until USAF complies with the requirements of FOIA and any and all orders of this Court.

B) Order USAF to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant CASA other such relief as the Court deems just and proper.

Dated: March 3, 2025            Respectfully submitted,

CENTER TO ADVANCE SECURITY IN AMERICA

By Counsel:
/s/ Karin M. Sweigart

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

                                    Jacob William Roth
                                    D.D.C. Bar ID: 1673038
                                    DHILLON LAW GROUP, INC.
                                    1601 Forum Plaza, Suite 403
                                    West Palm Beach, Florida 33401
                                    Telephone: 561-227-4959
                                    JRoth@Dhillonlaw.com

                                    *Counsel for the Plaintiff*